**Order entered December 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01338-CV

### IN RE NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, ET AL., Relators

### Original Proceeding from the 162nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-13-00351

# ORDER

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus. We **ORDER** that relators bear the costs of this original proceeding.

/s/  MOLLY FRANCIS
   JUSTICE